AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:12-cv-14342-AJT-DRG
Hon. Arthur J. Tarnow

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Jacqueline Greene

Date of Service: SATURDAY, 10/13/12 - 9:37 A.M.

### Method of Service

✓ Personally served at this address: 37150 S. WOODBRIDGE CIR. APT. 202 WESTLAND, MI 48185
BLACK FEMALE - 45-50 YEARS OLD 5'4"-5'6" 130-150 lbs, SCAR ON HER HEAD, LIGHT SKINNED

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $ —    Service $ 30.00    Total $ 30.00

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: BOOKER T. SAWYER III

Signature of Server: [signature]

Date: 10/15/12

Server's Address: 18701 Grand River #121 Detroit, MI 48223

[signature] ADRIENNE ALEXANDER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 23, 2014
ACTING IN COUNTY OF Wayne